FILED
July 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HARRISON ULRICH JACK, ) <br> ) <br> Defendant. ) | Case No. CR S-07-0266 FCD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release HARRISON ULRICH JACK, Case No. CR S-07-0266 FCD, Charge 18 USC §§ 371; 960; 956; 2332, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ _1,000,000 as Vacarro Bond_

_X_  Unsecured Appearance Bond _to be replaced by Secured Vacarro Bond within 10 days._

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other) _Pretrial Services Supervision of conditions as set._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  _July 12_  at  _5:12_  pm.

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge