BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
MELINDA J. NYE (SBN 237303)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
HARRISON ULRICH JACK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:07CR00266 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| HARRISON ULRICH JACK, | |
| Defendant. | |

Due to the death of his mother-in-law, Margaret Oakes, defendant Harrison Jack, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Robert M. Twiss, hereby stipulate that the conditions of Mr. Jack's pretrial release may be modified as follows:

1.  Mr. Jack shall be permitted to leave his residence at 9:30 a.m. on July 31, 2007, to attend funeral services for Mrs. Oakes which are to commence at 10:00 a.m. on that day at McNary's Chapel, 458 College Street, Woodland, California.

2. Following the funeral services, Mr. Jack shall be permitted to host at his home a reception for the family and friends of Mr. Oakes.

3. Following the reception, Mr. Jack shall be permitted to travel to the Woodland City Cemetery, 725 Court Street, Woodland, California, to attend graveside services for Mrs. Oakes which are scheduled to commence at 2:00 p.m. Mr. Jack shall return to his residence no later than 6:00 p.m. on July 31, 2007.

IT IS SO STIPULATED.

DATED:   July 27, 2007

```
                                      By:   //s// Clyde M. Blackmon
                                            Clyde M. Blackmon
                                            Attorney for Defendant
                                            HARRISON ULRICH JACK
```

DATED:   July 27, 2007

```
                                      By:  _//s// Robert M. Twiss__
                                            Robert M. Twiss
                                            Assistant U.S. Attorney
```

**ORDER**

GOOD CAUSE APPEARING, the conditions of Harrison Jack's pretrial release are hereby modified as set forth in the attached Stipulation of Counsel.

IT IS SO ORDERED.

DATED:   July 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord