1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   Designated Counsel for Service
    801 I Street, 3rd Floor
3   Sacramento, California 95814
    Telephone: (916) 498-5700
4
    Attorney for Defendant
5   HARRISON ULRICH JACK

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,       )  No. CR-S-07-0266 FCD
12                                  )
                   Plaintiff,       )
13                                  )  **STIPULATION AND ORDER TO MODIFY**
         v.                         )  **CONDITIONS OF PRETRIAL RELEASE**
14                                  )
    HARRISON ULRICH JACK,           )  JUDGE:  Hon. Dale A. Drozd
15                                  )
                   Defendant.       )
16                                  )
    _____ )
17

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, ROBERT M. TWISS, Assistant United States

20  Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal

21  Defender, attorney for defendant HARRISON ULRICH JACK, that the

22  conditions of pretrial release set in this case on July 12, 2007, be

23  modified.  The parties agree that the language in condition number

24  three (3) be modified to read as follows:

25       "3.  You are to reside at a location approved by the pretrial

26  services officer and not move or absent yourself from this residence

27  without the prior approval of the pretrial services officer.  You may

28  /////

                                    1

1   leave your residence between the hours of 9:00 a.m. and 9:00 p.m. with

2   the advance approval of the pretrial services officer."

3        The parties have conferred with the pretrial services officer,

4   Steven J. Sheehan, who agrees with this proposed modification.  The

5   effect of the modification is to permit the defendant to leave his

6   residence during the hours of 9:00 a.m. to 9:00 p.m. at the discretion

7   of and with the approval of the pretrial services officer, instead of

8   only being allowed to leave the residence for specified reasons as set

9   forth in the original release order.

10       This modification shall remain in effect for 60 days from the date

11  that it is entered on the docket and shall be re-evaluated at that time

12  to determine if it should be continued or modified.

13  Dated:  November 1, 2007

14                              Respectfully submitted,

15                              DANIEL J. BRODERICK
                                Federal Defender
16
                                /s/ Daniel J. Broderick
17                              _____
                                DANIEL J. BRODERICK
18

19
    Dated:  November 1, 2007   MCGREGOR W. SCOTT
20                              United States Attorney

21
                                /s/  Daniel J. Broderick for
22                              _____Robert Twiss_____
                                ROBERT TWISS
23                              Assistant U.S. Attorney
                                per telephonic authorization
24

25

26

27

28

    Stip and Order re Pretrial
    Release                    -2-

1

**O R D E R**

2        Based on the parties' stipulation, the pretrial service officer's

3   agreement and good cause appearing therefrom, the Court hereby adopts

4   the stipulation of the parties in its entirety.

5   **IT IS SO ORDERED.**

6   DATED: November 2, 2007.

7

8                                                    _____
                                                     DALE A. DROZD
9                                                    UNITED STATES MAGISTRATE JUDGE

10

11   Ddad1/orders/criminal/jack0266.stipord

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order re Pretrial
Release                              -3-