```
DANIEL J. BRODERICK, #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARRISON ULRICH JACK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-0266 FCD |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| HARRISON ULRICH JACK, | ) |
| Defendant. | ) JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT M. TWISS, Assistant United States Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal Defender, attorney for defendant HARRISON ULRICH JACK, that the conditions of pretrial release set in this case on July 12, 2007, be modified. These modifications have been agreed to by Mr. Jack's supervising pretrial services officer.

The parties agree that the language in the following conditions be modified to read as follows:

#3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence without the prior approval of the pretrial services officer. With the advance approval of the pretrial services officer, you may leave your

residence between the hours of 6:00 a.m. and 12:00 midnight.  In addition to absences from the residence for medical appointments, court appearances, consultation with counsel, and attendance at job interviews, pretrial services has the authority to approve other limited absences from the residence for other activities such as meals, attendance at a movie or play, or to take adult education classes.

#8.  You are released to the third-party custody of Carol Jack. Because Ms. Jack has been awarded a one-week trip to Hawaii from May 24 to June 1, 2008, by her employer, you shall be permitted to accompany Ms. Jack on this trip.  Your supervising pretrial services officer has the authority to make arrangements for you to continue on electronic monitoring during this trip, or to suspend the monitoring condition release condition for the duration of this trip.  During this trip, you shall remain in the third-party custody of Carol Jack and all other conditions of your release shall remain in effect, unless a temporary modification is approved in advance by your supervising pretrial services officer.

Any modifications of your release conditions caused or necessitated by this trip to Hawaii shall apply solely to the time period associated with this trip and will not be used as a basis for other or future modifications of the terms and conditions of release and supervision.

#11.  You shall restrict your use of the landline telephone to medical care, conversing with counsel, conversing with pre-trial services, speaking with immediate family members, and seeking employment.

#14.  You shall not use or possess a computer in your residence or at any other location, during the pendency of this case; however, with

Stip and Order re Pretrial Release                    -2-

1  the approval of the pre-trial services office, you may use a computer
2  at public access sites such as the EDD job center or public libraries
3  for the sole purpose of seeking employment.  To the extent this access
4  is inadequate for that purpose, you may seek the approval of the
5  supervising pretrial services officer for computer/internet access at
6  another location.  If such approval is granted, you shall abide by any
7  restrictions imposed upon such access by pretrial services.

8  Dated:  March 25, 2008                Respectfully submitted,

9                                        DANIEL J. BRODERICK
                                         Federal Defender
10
                                         /s/ Daniel J. Broderick
11                                       DANIEL J. BRODERICK

12

13 Dated:  March 25, 2008                MCGREGOR W. SCOTT
                                         United States Attorney
14

15                                       /s/ Daniel J. Broderick for
                                         ROBERT TWISS
16                                       Assistant U.S. Attorney

17

18                              **O R D E R**

19        Based on the parties' stipulation, the pretrial service officer's
20 agreement and good cause appearing therefrom, the Court hereby adopts
21 the stipulation of the parties in its entirety.
22 **IT IS SO ORDERED.**

23

24 Dated:  3/26/08                       _Dale A. Drozd_
                                         DALE A. DROZD
25                                       United States Magistrate Judge

26

27

28

Stip and Order re Pretrial
Release                                  -3-