1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  HARRISON ULRICH JACK

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    ) No. CR-S-07-0266 FCD
10                              )
               Plaintiff,       )
11                              ) **STIPULATION AND ORDER TO MODIFY**
        v.                      ) **CONDITIONS OF PRETRIAL RELEASE**
12                              )
   HARRISON ULRICH JACK,        ) JUDGE:  Hon. Dale A. Drozd
13                              )
               Defendant.       )
14                              )
   _____ )
15

16      IT IS HEREBY STIPULATED by and between the parties hereto through

17 their respective counsel, ELLEN ENDRIZZI, Assistant United States

18 Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal

19 Defender, attorney for defendant HARRISON ULRICH JACK, that the

20 conditions of pretrial release set in this case on July 12, 2007, be

21 modified.  These modifications have been agreed to by Mr. Jack's

22 supervising pretrial services officer.

23      The parties agree that the language in the following conditions be

24 modified to read as follows:

25      #3.  You are to reside at a location approved by the pretrial

26 services officer and not move from this residence without the prior

27 approval of the pretrial services officer.  Except with the prior

28 /////

1 approval of pretrial services, travel is restricted to the Eastern
2 District of California.

3     #6 and #7.  These special conditions shall be deleted.

4     #11.  You shall not use a landline telephone to discuss the
5 circumstances of this case, individuals associated with this case, or
6 any underlying events giving rise to your involvement with this case,
7 except during conversations with counsel, counsel's agents, or a pre-
8 trial service representative.

9     #14.  You shall not use or possess a computer in your residence or
10 at any other location, during the pendency of this case, except for the
11 purposes of word processing tasks that do not require the use of the
12 internet or e-mail.  However, with the approval of the pre-trial
13 services office, you may use a computer at public access sites such as
14 the EDD job center or public libraries for the sole purpose of seeking
15 employment.  To the extent this access is inadequate for that purpose,
16 you may seek the approval of the supervising pretrial services officer
17 for computer/internet access at another location.  If such approval is
18 granted, you shall abide by any restrictions imposed upon such access
19 by pretrial services.

20 Dated:  July 10 2008              Respectfully submitted,

21                                   DANIEL J. BRODERICK
                                     Federal Defender
22
                                     /s/ Daniel J. Broderick
23                                   DANIEL J. BRODERICK

24

25 Dated:  July 10 2008              MCGREGOR W. SCOTT
                                     United States Attorney
26

27                                   /s/ Daniel J. Broderick for EE
                                     ELLEN ENDRIZZI
28                                   Assistant U.S. Attorney

Stip II and Order re Pretrial
Release                              -2-

**O R D E R**

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

DATED: July 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord(5)