```
DANIEL J. BRODERICK, #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARRISON ULRICH JACK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> HARRISON ULRICH JACK, </br></br> Defendant. | No. CR-S-07-0266 FCD </br></br> **STIPULATION AND ORDER TO MODIFY CONDITION OF PRETRIAL RELEASE** </br></br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal Defender, attorney for defendant HARRISON ULRICH JACK, that condition #14 be deleted.  This condition currently provides:

> You shall not use or possess a computer in your residence or at any other location, during the pendency of this case, except for the purposes of word processing tasks that do not require the use of the internet or e-mail.  However, with the approval of the pre-trial services office, you may use a computer at public access sites such as the EDD job center or public libraries for the sole purpose of seeking employment.  To the extent this access is inadequate for that purpose, you may seek the approval of the supervising pretrial services officer for computer/internet access at another location.  If such approval is granted, you shall abide by any restrictions imposed upon such access by pretrial services.

/////

1  Mr. Jack is in the process of applying for employment, and several
2  potential employment opportunities require computer and internet access
3  for the application process as well as home and office computer and
4  internet access as job responsibilities.
5  This modification has been agreed to by Mr. Jack's supervising
6  pretrial services officer, Beth Baker.

7  Dated: May 20, 2009                    Respectfully submitted,
8                                          DANIEL J. BRODERICK
                                            Federal Defender
9

10                                         /s/ Daniel J. Broderick
                                            DANIEL J. BRODERICK
11

12 Dated: May 20, 2009                    LARRY BROWN
                                            Acting United States Attorney
13

14                                         /s/ Daniel J. Broderick for EE
                                            ELLEN ENDRIZZI
15                                         Assistant U.S. Attorney

16

17                          **O R D E R**

18  Based on the parties' stipulation, the pretrial service officer's
19 agreement and good cause appearing therefrom, the Court hereby adopts
20 the stipulation of the parties in its entirety.
21 **IT IS SO ORDERED.**
22 DATED: May 20, 2009.

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

27 Ddad1/orders.criminal/jack0266.stipord.pretrial.cond
28

Stip III and Order re Pretrial
Release                          -2-