DANIEL J. BRODERICK, #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARRISON ULRICH JACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0266 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO MODIFY** |
| v. | ) | **CONDITIONS OF PRETRIAL RELEASE** |
| | ) | |
| HARRISON ULRICH JACK, | ) | |
| | ) | |
| Defendant. | ) | JUDGE:  Hon. Dale A. Drozd |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal Defender, attorney for defendant HARRISON ULRICH JACK, that the conditions of pretrial release set in this case on July 12, 2007, be modified.  These modifications have been agreed to by Mr. Jack's supervising pretrial services officer, Beth Baker.

   Mr. Jack shall be permitted to accompany his wife, Carol Jack, on a group tour to Austria, Slovenia, Croatia, and Hungary organized by Globus Travel, that Ms. Jack will be participating in as a travel agent.  The tour shall depart Sacramento on September 20, 2009, and return to Sacramento on October 4, 2009.  The full itinerary for the trip including flight numbers, hotel information, and contact numbers will be provided to the pretrial service office.

1

1    The United States Clerk's office currently has possession of Mr.
2 Jack's passport.  This shall be released to Pretrial Services officer
3 Beth Baker, who shall return it to Mr. Jack for the purpose of this
4 trip.  Within three days of his return to Sacramento, Mr. Jack shall
5 return his passport to pretrial services.

6    The parties further stipulate that this modification of Mr. Jack's
7 pretrial conditions shall apply solely to the time period associated
8 with this trip and will not be used as a basis for other or future
9 modifications of the terms and conditions of release and supervision.

10 Dated:  July 16, 2009                   Respectfully submitted,

11                                         DANIEL J. BRODERICK
                                           Federal Defender
12
                                           /s/ Daniel J. Broderick
13                                         DANIEL J. BRODERICK
                                           Attorney for Defendant
14                                         HARRISON JACK

15
   Dated:  July 16, 2009                   MCGREGOR W. SCOTT
16                                         United States Attorney

17                                         /s/ Daniel J. Broderick for
                                           ELLEN ENDRIZZI
18                                         Assistant U.S. Attorney

19                              **O R D E R**

20    Based on the parties' stipulation, the pretrial service officer's
21 agreement and good cause appearing therefrom, the Court hereby adopts
22 the stipulation of the parties in its entirety.

23 **IT IS SO ORDERED.**

24 DATED: July 17, 2009.

25
26                          _____
                            DALE A. DROZD
27                          UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/jack0266.stipord.conditions(2)

-2-