1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  HARRISON ULRICH JACK

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    ) No. CR-S-07-0266 FCD
                                )
11         Plaintiff,            ) **AMENDED
                                ) STIPULATION AND ORDER TO MODIFY
12    v.                         ) CONDITIONS OF PRETRIAL RELEASE**
                                )
13 HARRISON ULRICH JACK,        )
                                )
14         Defendant.            ) JUDGE:  Hon. Dale A. Drozd
                                )
15 _____)

16      IT IS HEREBY STIPULATED by and between the parties hereto through

17 their respective counsel, ELLEN ENDRIZZI, Assistant United States

18 Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal

19 Defender, attorney for defendant HARRISON ULRICH JACK, that the

20 conditions of pretrial release set in this case on July 12, 2007, be

21 modified.  These modifications have been agreed to by Mr. Jack's

22 supervising pretrial services officer, Beth Baker.

23      Mr. Jack shall be permitted to accompany his wife, Carol Jack, on

24 a group tour to Austria, Slovenia, Croatia, and Hungary organized by

25 Globus Travel, that Ms. Jack will be participating in as a travel

26 agent.  The tour shall depart Sacramento on September 16, 2009, and

27 return to Sacramento on October 4, 2009 (the earlier stipulation had a

28 departure date of September 20, 2009).  The full itinerary for the trip

including flight numbers, hotel information, and contact numbers will be provided to the pretrial service office.

The United States Clerk's office currently has possession of Mr. Jack's passport. This shall be released to Pretrial Services officer Beth Baker, who shall return it to Mr. Jack for the purpose of this trip. Within three days of his return to Sacramento, Mr. Jack shall return his passport to pretrial services.

The parties further stipulate that this modification of Mr. Jack's pretrial conditions shall apply solely to the time period associated with this trip and will not be used as a basis for other or future modifications of the terms and conditions of release and supervision.

Dated:  August 11, 2009         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Daniel J. Broderick
                                DANIEL J. BRODERICK
                                Attorney for Defendant
                                HARRISON JACK

Dated:  August 11, 2009         MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Daniel J. Broderick for
                                ELLEN ENDRIZZI
                                Assistant U.S. Attorney

**O R D E R**

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

DATED: August 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

-2-