DANIEL J. BRODERICK, #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARRISON ULRICH JACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HARRISON ULRICH JACK,<br><br>        Defendant. | No. CR-S-07-0266 FCD DAD<br><br>**STIPULATION AND ORDER TO MODIFY<br>CONDITIONS OF PRETRIAL RELEASE**<br><br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal Defender, attorney for defendant HARRISON ULRICH JACK, that the conditions of pretrial release set in this case on July 12, 2007, be modified.  This modification has been agreed to by Mr. Jack's supervising pretrial services officer, Beth Baker.

The United States Clerk's office currently has possession of Mr. Jack's passport.  This passport is scheduled to expire in the near future.  The modification would permit the clerk's office to release Mr. Jack's passport to Pretrial Services officer Beth Baker, who shall return it to Mr. Jack for the sole purpose of renewing the passport. Immediately upon renewal of his passport, Mr. Jack shall return the new

passport and the old passport, if returned to him, to pretrial services.

The parties further stipulate that this modification will not be used as a basis for other or future modifications of the terms and conditions of release and supervision.

Dated:  October 28, 2009            Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Daniel J. Broderick
                                      DANIEL J. BRODERICK
                                      Attorney for Defendant
                                      HARRISON JACK

Dated:  October 28, 2009      LARRY BROWN
                                      United States Attorney

                                      /s/ Daniel J. Broderick for
                                      ELLEN ENDRIZZI
                                      Assistant U.S. Attorney

## O R D E R

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

DATED: October 28, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord.conditions(4)

Stip & Order re Pretrial Release                -2-