```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California 95814
    Telephone: (916) 498-5700
 4
    Attorney for Defendant
 5  HARRISON ULRICH JACK

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      ) No. 2:07-cr-266 FCD DAD
                                   )
11                  Plaintiff,     )
                                   ) STIPULATION AND ORDER REGARDING
12       v.                        ) RELEASE OF ADMINISTRATIVE GRAND
                                   ) JURY RECORDS RELATING TO NUMBER AND
13  HARRISON ULRICH JACK, et al.   ) ETHNICITY OF JURORS
                                   )
14                  Defendants.    )
                                   ) Judge:  Hon. Dale A. Drozd
15  _____)
```

16       On February 20, 2009, this Honorable Court "direct[ed] the Clerk
17  of the Court to provide defense counsel the number of names on the
18  master wheel venire for the [2007 grand juries] as well as the number
19  of Hispanic and Asian surnames in that venire."  C.R. 372 at 9.  On
20  March 10, 2009, the Clerk of the Court provided the parties with "the
21  number of names on the master wheel venire (panel) for the 2007 grand
22  juries" and the number of those persons who, in response to their
23  initial grand jury summons, identified their race as Asian or their
24  ethnicity as Hispanic.  See Luna Memorandum, March 5, 2009.

25       On September 17, 2009, a 2009 federal grand jury issued a
26  superseding indictment in the above-captioned matter.  As the law
27  regarding this issue has not changed, the parties agree and submit that
28  the release to counsel of the total number of names on the master

venire wheel for the 2009 grand juries as well as the number of persons who identified themselves as either Hispanic or Asian in that venire would be appropriate. The parties therefore respectfully request that the Court issue the proposed order to the Clerk of the Court to provide this information.

Dated: October 28, 2009          Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Daniel J. Broderick
                                     DANIEL J. BRODERICK
                                     Attorney for Defendant
                                     HARRISON JACK
                                     ACTING ON BEHALF OF ALL DEFENDANTS

Dated: October 28, 2009          LAWRENCE G. BROWN
                                     United States Attorney

                                     /s/ Daniel J. Broderick for
                                     ELLEN ENDRIZZI
                                     Assistant U.S. Attorney

**O R D E R**

GOOD CAUSE APPEARING, and as stipulated to by the parties, the Clerk of the Court for the Eastern District of California is directed to provide to the parties in case number 2:07-cr-266 DAD the number of names on the master wheel venire (panel) for the 2009 grand juries as well as the number of those persons who, in response to their initial grand jury summons, identified their race as Asian or their ethnicity as Hispanic.

IT IS SO ORDERED.

DATED: October 28, 2009.

                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/jack0266.stipord.grandjury

Stip & Order re Grand Jury Numbers        -2-