

MAR 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

DANIEL J. BRODERICK, #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARRISON ULRICH JACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

HARRISON ULRICH JACK, Defendant.

No. CR-S-07-0266 FCD-DAD

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

JUDGE: Hon. Dale A. Drozd

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT TICE-RASKIN, Assistant United States Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal Defender, attorney for defendant HARRISON ULRICH JACK, that the conditions of pretrial release set in this case on July 12, 2007, be modified. These modifications have been agreed to by Mr. Jack's supervising pretrial services officer, Beth Baker.

Mr. Jack shall be permitted to accompany his wife, Carol Jack, on a group tour to Hungary, Serbia, Bulgaria, and Romania organized by Globus Travel, that Ms. Jack will be participating in as a travel agent. The tour shall depart Sacramento on May 6, 2010, and return to Sacramento on May 17, 2010. The full itinerary for the trip including flight numbers, hotel information, and contact numbers will be provided

to the pretrial service office once it is finalized by the sponsoring travel agency.

The United States Clerk's office currently has possession of Mr. Jack's passport. This shall be released to Pretrial Services officer Beth Baker, who shall return it to Mr. Jack for the purpose of this trip. Within three days of his return to Sacramento, Mr. Jack shall return his passport to pretrial services.

The parties further stipulate that this modification of Mr. Jack's pretrial conditions shall apply solely to the time period associated with this trip and will not be used as a basis for other or future modifications of the terms and conditions of release and supervision.

Dated: March 11, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Attorney for Defendant
HARRISON JACK

Dated: March 11, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Daniel J. Broderick for
ROBERT TICE-RASKIN
Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: 3/12/10

Dale A. Drozd
DALE A. DROZD
United States Magistrate Judge