MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LO CHA THAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARRISON JACK ET AL.<br><br>　　　　Defendants. | NO. CR-S-07-266 FCD<br><br>**STIPULATION TO MODIFY DATE FOR FILING OF DEFENSE PRE TRIAL MOTIONS; ORDER** |

_____

　　Defendants Harrison Ulrich Jack, Lo Cha Thao, Lo Thao, Youa True Vang, Hue Vang, Chong Yang Thao, Seng Vue, Chue Lo, Nhia Kao Vang, Dang Vang, Jerry Yang, and Thomas Yang (collectively "Defendants") through their respective counsel, and the United States, through its counsel, stipulate and request that the Court modify the current schedule for the filing of Defendants' dispositive motions as follows:

STIP TO MODIFY DATE TO FILE DEFENSE MOTIONS

| | |
|---|---|
| Defendants' dispositive motions due: | May 21, 2010 |
| Government's response due: | July 16, 2010 |
| Defendants' replies due: | August 20, 2010 |

This revised schedule will permit Defendants to have an additional week to file their dispositive motions (the previous deadline was May 14, 2010). Pursuant to the agreement at the hearing on March 15, 2010, Defendants will not object if the government requests additional time to file its responsive briefs. A non-evidentiary hearing on these motions is currently set for September 20, 2010, but is subject to change if the briefing schedule for responsive is modified.

IT IS SO STIPULATED.

Dated: May 13, 2010          Respectfully submitted,

                      By:       /s/James J. Brosnahan
                                JAMES J. BROSNAHAN
                                GEORGE C. HARRIS
                                SOMNATH RAJ CHATTERJEE
                                MELISSA A. JONES
                                Attorneys for Defendant
                                YOUA TRUE VANG

Dated: May 13, 2010
                      By:       /s/Daniel J. Broderick
                                DANIEL J. BRODERICK
                                Federal Defender
                                Counsel for Defendant
                                HARRISON ULRICH JACK

Dated: May 13, 2010
                      By:       /s/Mark J. Reichel
                                MARK J. REICHEL
                                Attorney for Defendant
                                LO CHA THAO

STIP TO MODIFY DATE TO FILE DEFENSE MOTIONS

```
1  Dated:    May 13, 2010
2                          By:        /s/William J. Portanova
                                      WILLIAM J. PORTANOVA
3                                     Attorney for Defendant
                                      LO THAO
4
5  Dated:    May 13, 2010
6                          By:        /s/ Krista Hart
7                                     KRISTA HART
                                      Attorney for Defendant
8                                     HUE VANG
9  Dated:    May 13, 2010
                           By:        /s/Dina Lee Santos
10
                                      DINA LEE SANTOS
11                                    Attorney for Defendant
                                      CHONG YANG THAO
12
13 Dated:    May 13, 2010
14                         By:        /s/Michael B. Bigelow
                                      MICHAEL B. BIGELOW
15                                    Attorney for Defendant
                                      SENG VUE
16
17 Dated:    May 13, 2010
18                         By:        /s/Shari Rusk
                                      SHARI RUSK
19                                    Attorney for Defendant
                                      CHUE LO
20
21 Dated:    May 13, 2010
22                         By:        /s/Danny D. Brace, Jr.
                                      DANNY D. BRACE, JR.
23                                    Attorney for Defendant
                                      NHIA KAO VANG
24
25 Dated:    May 13, 2010
26                         By:        /s/Hayes H. Gable, III
                                      HAYES H. GABLE, III
27                                    Attorney for Defendant
                                      DANG VANG
28
```

STIP TO MODIFY DATE TO FILE DEFENSE MOTIONS                3

Dated:   May 13, 2010

                    By:        /s/Bruce Locke
                               BRUCE LOCKE
                               Attorney for Defendant
                               JERRY YANG

Dated:   May 13, 2010

                    By:        /s/Peter Kmeto
                               PETER KMETO
                               Attorney for Defendant
                               THOMAS YANG

Dated:   May 13, 2010

                    By:        /s/Robert Tice-Raskin
                               ROBERT TICE-RASKIN
                               Assistant U.S. Attorney

**ORDER**

Having reviewed the stipulation set forth above,

IT IS SO ORDERED.

Dated:   May 13, 2010

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

STIP TO MODIFY DATE TO FILE DEFENSE MOTIONS                    4