BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
JILL THOMAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

ROBERT WALLACE
HEATHER SCHMIDT
Trial Attorneys
National Security Division
U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    v.                        )<br>                              )<br>HARRISON ULRICH JACK, et al., )<br>                              )<br>            Defendants.       )<br>_____) | NO. 2:07-cr-266 FCD<br><br>**STIPULATION AND ORDER**<br>**CONCERNING BRIEFING SCHEDULE**<br><br>Date:  October 15, 2010<br>Time:  10:00 a.m.<br>Court: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED among the parties and their undersigned counsel that the briefing schedule regarding Defendants' dispositive motions is as follows:  the United States' oppositions to the motions shall be filed on or before August 6, 2010, and the defendants' replies, if any, shall be filed on or before September 7, 2010.  The hearing scheduled for October 15, 2010, at 10:00 a.m. remains in effect.

   The parties also agree that this briefing schedule does not
///

prejudice the defendants.

| | |
|---|---|
| Dated: July 9, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   /s/ Ellen V. Endrizzi |
| | S. ROBERT TICE-RASKIN<br>ELLEN V. ENDRIZZI<br>JILL THOMAS<br>Assistant U.S. Attorneys |
| | ROBERT WALLACE<br>HEATHER SCHMIDT<br>Trial Attorneys |
| Dated: July 9, 2010 | DANIEL BRODERICK<br>Federal Defender<br>Office of the Federal Defender |
| | By:   /s/ Ellen Endrizzi<br>for DANIEL BRODERICK<br>by electronic authority |

For **all** defendants:

Harrison Jack        Chong Yang Thao
Lo Cha Thao          Seng Vue
Lo Thao              Chue Lo
Youa True Vang       Nhia Kao Vang
Hue Vang             Dang Vang, and
Thomas Yang          Jerry Yang

**O R D E R**

As the parties have agreed, and as there no prejudice to the defendants, the briefing schedule regarding Defendants' dispositive motions will be as follows:  the United States' oppositions to the motions shall be filed on or before August 6, 2010, and the defendants' replies, if any, shall be filed on or before September 7, 2010.  The hearing scheduled for October 15, 2010, at 10:00 a.m. remains in effect.

IT IS SO ORDERED.

Dated: July 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE