DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
HARRISON JACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-0266- FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE |
| v. | |
| HARRISON ULRICH JACK; LO CHA THAO; LO THAO; YOUA TRUE VANG; HUE VANG; CHONG YANG THAO; SENG VUE; CHUE LO; NHIA KAO VANG; DAVID VANG; JERRY YANG; and THOMAS YANG, | Date: October 15, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their undersigned counsel that the briefing schedule regarding defendants' dispositive motions is modified as follows:

The defendants' replies, if any, shall be filed on or before September 10, 2010.

The hearing scheduled for October 15, 2010 at 10:00 a.m. remains in effect.

The parties also agree that the briefing schedule does not prejudice the defendants.

Dated: August 13, 2010                                   Respectfully submitted,

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender

JEFFREY L. STANIELS
BENJAMIN D. GALLOWAY
Assistant Federal Defenders
Attorneys for Defendant
HARRISON JACK

Dated: August 13, 2010   /s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
LO CHA THAO

Dated: August 13, 2010   /s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
LO THAO

Dated: August 13, 2010   /s/ Krista Hart
KRISTA HART
Attorney for Defendant
HUE VANG

Dated: August 13, 2010   /s/ Dina Lee Santos
DINA LEE SANTOS
Attorney for Defendant
CHONG YANG THAO

Dated: August 13, 2010   /s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant
SENG VUE

Dated: August 13, 2010   /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CHUE LO

Dated:  August 13, 2010   /s/ Danny  D. Brace, Jr.
DANNY D. BRACE,  JR.
Attorney for Defendant
NHIA KAO VANG

Dated:  August 13, 2010   /s/ Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
DANG VANG

Dated:  August 13, 2010          /s/ Bruce Locke
                                 BRUCE  LOCKE
                                 Attorney for Defendant
                                 JERRY VANG

Dated:  August 13, 2010          /s/ Peter Kmeto
                                 PETER KMETO
                                 Attorney for Defendant
                                 THOMAS YANG

Dated:  August 13, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Daniel J. Broderick for
                                 JILL THOMAS
                                 ELLEN V. ENDRIZZI
                                 S. ROBERT TICE-RASKIN

                                 ROBERT WALLACE
                                 HEATHER SCHMIDT
                                 Trial Attorneys

**O R D E R**

As the parties have agreed, and as there is no prejudice to the defendants, the briefing schedule regarding defendants' dispositive motions will be as follows:

The defendants' replies, if any, shall be filed on or before September 10, 2010.

The hearing scheduled for October 15, 2010 at 10:00 a.m. remains in effect.

**IT  IS SO ORDERED.**

Dated:  August 16, 2010
                                 _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE

3