FILED

SEP - 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  HARRISON ULRICH JACK

6             IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,       )  No. CR-S-07-0266 FCD-DAD
                                   )
10                 Plaintiff,      )
                                   )  STIPULATION AND [~~PROPOSED~~] ORDER
11      v.                         )  TO MODIFY CONDITIONS OF PRETRIAL
                                   )  RELEASE
12 HARRISON ULRICH JACK,           )
                                   )
13                 Defendant.      )
                                   )  JUDGE:  Hon. Dale A. Drozd
14 _____)

15      IT IS HEREBY STIPULATED by and between the parties hereto through

16 their respective counsel, ROBERT TICE-RASKIN, Assistant United States

17 Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal

18 Defender, attorney for defendant HARRISON ULRICH JACK, that the

19 conditions of pretrial release set in this case on July 12, 2007, be

20 modified.  These modifications have been agreed to by Mr. Jack's

21 supervising pretrial services officer, Beth Baker.

22      Mr. Jack shall be permitted to accompany his wife, Carol Jack, on

23 a group tour to Italy organized by Tauck Tours, that Ms. Jack will be

24 participating in as a travel agent.  The tour shall depart Sacramento

25 on September 28, 2010, and return to Sacramento on October 9, 2010.

26 The full itinerary for the trip including flight numbers, hotel

27 information, and contact numbers has been provided to the pretrial

28 service office.

The United States Clerk's office currently has possession of Mr. Jack's passport. This shall be released to Pretrial Services officer Beth Baker, who shall return it to Mr. Jack for the purpose of this trip. Within three days of his return to Sacramento, Mr. Jack shall return his passport to pretrial services.

The parties further stipulate that this modification of Mr. Jack's pretrial conditions shall apply solely to the time period associated with this trip and will not be used as a basis for other or future modifications of the terms and conditions of release and supervision. All the previously set pretrial conditions of release shall remain in effect prior to and after the time period of this trip.

Dated: September 3, 2010　　　Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Attorney for Defendant
HARRISON JACK

Dated: September 3, 2010　　　BENJAMIN B. WAGNER
United States Attorney

/s/ Daniel J. Broderick for
ROBERT TICE-RASKIN
Assistant U.S. Attorney

## ORDER

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: September 8, 2010

　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　United States Magistrate Judge