```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California 95814
    Telephone: (916) 498-5700
 4
    Attorney for Defendant
 5  HARRISON ULRICH JACK

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR-S-07-0266 FCD-DAD
                                   )
12              Plaintiff,         )          DAD
                                   ) STIPULATION AND [PROPOSED] ORDER
13       v.                        ) TO MODIFY CONDITIONS OF PRETRIAL
                                   ) RELEASE
14  HARRISON ULRICH JACK,          )
                                   )
15              Defendant.         )
                                   ) JUDGE: Hon. Dale A. Drozd
16  _____)

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, ROBERT TICE-RASKIN, Assistant United States

19  Attorney, attorney for Plaintiff, and DANIEL J. BRODERICK, Federal

20  Defender, attorney for defendant HARRISON ULRICH JACK, that the

21  conditions of pretrial release set in this case on July 12, 2007, be

22  modified.  These modifications have been agreed to by Mr. Jack's

23  supervising pretrial services officer, Beth Baker.

24       Mr. Jack shall be permitted to accompany his wife, Carol Jack, on

25  an award-travel trip to Campeche, Mexico organized by Classic Custom

26  Vacations, that Ms. Jack will be participating in as a travel agent.

27  The trip shall depart Sacramento on December 31, 2010, and return to

28  Sacramento on January 7, 2011.  The full itinerary for the trip
```

1  including flight numbers, hotel information, and contact numbers has
2  been provided to the pretrial service office.
3      The United States Clerk's office currently has possession of Mr.
4  Jack's passport.  This shall be released to Pretrial Services officer
5  Beth Baker, who shall return it to Mr. Jack for the purpose of this
6  trip.  Within three days of his return to Sacramento, Mr. Jack shall
7  return his passport to pretrial services.
8      The parties further stipulate that this modification of Mr. Jack's
9  pretrial conditions shall apply solely to the time period associated
10 with this trip and will not be used as a basis for other or future
11 modifications of the terms and conditions of release and supervision.
12 All the previously set pretrial conditions of release shall remain in
13 effect prior to and after the time period of this trip.

14 Dated: November 15, 2010          Respectfully submitted,

15                                   DANIEL J. BRODERICK
                                     Federal Defender
16

17                                   /s/ Daniel J. Broderick
                                     DANIEL J. BRODERICK
18                                   Attorney for Defendant
                                     HARRISON JACK
19

20 Dated: November 15, 2010          BENJAMIN B. WAGNER
                                     United States Attorney
21

22                                   /s/ Daniel J. Broderick for
                                     ROBERT TICE-RASKIN
23                                   Assistant U.S. Attorney

24                                 **O R D E R**

25      Based on the parties' stipulation, the pretrial service officer's
26 agreement and good cause appearing therefrom, the Court hereby adopts
27 //
28 //

Stip & Order re Pretrial
Release                            -2-

1  the stipulation of the parties in its entirety.
2  **IT IS SO ORDERED.**
3  Dated: ~~November~~ Dec 3, 2010          /s/ Dale A. Drozd
                                              DALE A. DROZD
4                                             United States Magistrate Judge

Stip & Order re Pretrial
Release                                    -3-