BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
JILL M. THOMAS
Assistant U.S. Attorneys
United States Attorney's Office
Eastern District of California

ROBERT WALLACE
HEATHER SCHMIDT
Trial Attorneys
National Security Division
U.S. Department of Justice

501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-266 FCD |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS ALL CHARGES AS TO ALL DEFENDANTS; **ORDER** |
| v. | |
| HARRISON ULRICH JACK, et al., | |
| Defendants. | |

**M O T I O N**

Plaintiff, the United States of America, by and through the United States Attorney, Benjamin B. Wagner, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the counts in the indictment, first superseding indictment and second superseding indictment as against all defendants, in the interests of justice. Based on the totality of the circumstances in the case, the government believes, as a discretionary matter, that continued

1

prosecution of defendants is no longer warranted.  In addition, the government moves to exonerate bail as to all defendants.

Dated: January 10, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Tice-Raskin
S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
JILL M. THOMAS
Assistant U.S. Attorneys
United States Attorney's Office
Eastern District of California

ROBERT WALLACE
HEATHER M. SCHMIDT
Trial Attorneys
National Security Division
U.S. Department of Justice

### O R D E R

Based upon the motion of the United States, it is hereby ordered that, pursuant to Federal Rule of Criminal Procedure 48(a), all charges against all defendants are dismissed.  Bail is exonerated as to all defendants.

IT IS SO ORDERED.

Dated: January 10, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2