DANIEL J. BRODERICK, #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARRISON ULRICH JACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:07-cr-266 FCD |
| Plaintiff, | ) |
| | ) ORDER EXONERATING BOND |
| v. | ) |
| HARRISON ULRICH JACK, | ) |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |

On July 12, 2007, Mr. Jack was ordered released on a $1 million Vacarro Bond. On July 18, 2007, Donald Longee, the successor trustee of the Margaret Longee Oakes Trust, filed a promissory note with the court, secured by property identified as "Lot 11, Welch's Addition to the Town (now City) of Woodland." A deed of trust was recorded against this property totaling $1 million.

The above-captioned matter has now been dismissed. It is hereby requested that the Vacarro bond referenced above be exonerated and that the Clerk of the District Court be directed to reconvey back to the

/ /

/ /

Sucessor Trustee the Deed of Trust and Promissory Note.

Dated:  January 24, 2011                    Respectfully submitted,


/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
HARRISON ULRICH JACK


**O R D E R**

**IT IS HEREBY ORDERED** that the $1 million Vacarro bond posted by Sucessor Trustee Donal Longee and secured by a Promissory Note dated July 18, 2007, and a Deed of Trust for the property identified as "Lot 11, Welch's Addition to the Town (now City) of Woodland," be exonerated in the above captioned case and that the Clerk of the District Court is directed as soon as practicable to reconvey back to the Trustor the Deed of Trust and Promissory Note

Dated:  January 24, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order Exonerating Bond                -2-